```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  JOSH F. SIGAL
    Special Assistant United States Attorney
 3  501 I Street, Suite 10-100
    Sacramento, CA 95814
 4  Telephone: (916) 554-2700
    Facsimile: (916) 554-2900
 5
 6  Attorneys for Plaintiff
    United States of America
```

**FILED**
NOV - 6 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE ORDER REQUIRING GOOGLE, INC. TO ASSIST IN THE EXECUTION OF A SEARCH WARRANT ISSUED BY THIS COURT (2:15-SW-0594 KJN) | CASE NO.<br>ORDER 2:15-SW-602-CKD |

Before the Court is the Government's motion for an order requiring Google, Inc. ("Google") to assist law enforcement agents in the search of an Android Device. Upon consideration of the motion, and for the reasons stated therein, it is hereby

ORDERED that Google assist law enforcement agents in the examination of the Samsung cellular telephone with identification numbers: model number SM-G900V, IMEI 990004935838718, FCC ID A3LSMG900V, (the "Android Device"), acting in support of a search warrant issued separately by this Court;

FURTHER ORDERED that Google shall, if necessary, reactivate the Google account associated with the Android Device;

FURTHER ORDERED that Google shall: (1) provide a single password reset for the mobile device; (2) provide the new password to the law enforcement officer executing the search warrant; and (3) upon unlocking the target mobile device, again reset the Google account password promptly upon notice that the imaging of the phone is complete, without providing it to the law enforcement officer or agency so as to prevent future access;

FURTHER ORDERED that the reset process need not be unobtrusive to the subject, the subject may

receive notice to one or more accounts of the reset, and such notice is not a violation of any seal or nondisclosure requirement;

FURTHER ORDERED that the law enforcement agent executing the search warrant is prohibited from using or attempting to use the new password to attempt to access the subject's online accounts other than as synchronized on and stored in memory within the target device at the time of execution of the warrant.

Dated: 11/6/2015

Signed,

By: _____
Honorable Carolyn K. Delaney
UNITED STATES MAGISTRATE JUDGE